IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| STACEY SUMPTER,<br><br>Plaintiff,<br><br>vs.<br><br>KNOXVILLE COMMUNITY SCHOOL DISTRICT and CASSI PEARSON, *in her individual capacity*,<br><br>Defendants. | Case No.: 4:25-cv-00421-SHL-SBJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff and states the following for her Stipulation of Dismissal:

1. Acting pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stacey Sumpter hereby dismisses with prejudice her action against Defendants Knoxville Community School District and Cassi Pearson, *in her individual capacity*.

2. This stipulation of dismissal is signed by all parties who have appeared in this case.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court terminate and close this case.

*/s/ Nathan Borland*
**TIMMER, JUDKINS & BORLAND, P.L.L.C.**
Nathan Borland AT0011802
nate@tjb.law
Chase Potter AT0016150
chase@tjb.law
1415 28th Street, Suite 375
West Des Moines, Iowa 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
**ATTORNEYS FOR PLAINTIFF**

*/s/ Jason M. Craig*
**AHLERS & COONEY, P.C.**
Jason M. Craig
jcraig@ahlerslaw.com
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Fax: (515) 243-2149
**ATTORNEY FOR DEFENDANTS**